CM/ECF cmpsuma
(Rev. 12/21/16)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| In Re: Nancy Carol Allen<br>Debtor(s) | ) ) ) ) ) ) | Case No.: 17–12912–JDW<br>Chapter: 7 |
| Nancy Carol Allen<br>Plaintiff(s)<br>vs.<br>USDA Farm Service Agency<br>Defendant(s) | ) ) ) ) ) | Adversary Proceeding No.:<br>17–01056–JDW |

## ALIAS SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

Shallanda J. Clay, Clerk of Court
U.S. Bankruptcy Court
Northern District of Mississippi
Cochran U.S. Bankruptcy Courthouse
703 Highway 145 North
Aberdeen, MS 39730

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Robert H. Lomenick Jr.
P.O. Box 417
Holly Springs, MS 38635

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Shallanda J. Clay
Clerk, U.S. Bankruptcy Court

(Seal of the U.S. Bankruptcy Court)

Date of Issuance: 12/14/17

**CERTIFICATE OF SERVICE**

I, _Jamie Brigance_ (name), certify that service of this summons and a copy of the complaint was made on _12/18/17_ (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid addressed to:
_Office of U.S. Attorney, Attn: Civil Process Clerk, Northern District of MS, 900 Jefferson Street, Oxford, MS 38655_

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: (Describe briefly)

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: (Describe briefly)

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

_12/18/17_
Date

_Jamie Brigance_ (Signature)

Print Name: Jamie Brigance
Business Address: PO BOX 417
City: Holly Springs
State: MS
Zip: 38635